UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 13-2386 DSF | Date | 7/1/16 |
| Title | In the Matter of Elizabeth Blanche Nelson | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING to Bankruptcy Court

The Ninth Circuit Court of Appeals remanded this case with instructions that the case should be remanded to the U.S. Bankruptcy Court for further consideration. The case is REMANDED for the purpose of complying with the Ninth Circuit's instructions. See In the Matter of: Elizabeth Blanche Nelson, Debtor, No. 14-56103 (9th Cir. 5/26/16).

IT IS SO ORDERED.